[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-11752
Non-Argument Calendar

_____

D. C. Docket No. 0:08-cv-61277-WPD

TRIDENT INTERNATIONAL LIMITED,

Plaintiff-Appellant,

versus

IMPERIAL MAJESTY CRUISE LINE, LLC,
in personam,
M/V REGAL EMPRESS,
in rem,
CELEBRATION WORLD CRUISES, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 13, 2013)

Before MARTIN, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the argument of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED**.